# In the United States District Court for the Southern District of Georgia Brunswick Division

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of Performance Contracting, Inc.; and PERFORMANCE CONTRACTING, INC.; and UNITED STATES OF AMERICA for the use and benefit of Champion Painting Specialty Services Corporation; and CHAMPION PAINTING SPECIALTY SERVICES CORPORATION,<br><br>    Plaintiffs,<br><br>v.<br><br>F.D. THOMAS, INC.; and LIBERTY MUTUAL INSURANCE COMPANY; and TRAVELERS CASUALTY AND SURETY COMPANY; and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA; and FEDERAL INSURANCE COMPANY,<br><br>    Defendants. | CV 2:22-146 |
| F.D. THOMAS, INC.,<br><br>    Counter Claimant,<br><br>v.<br><br>PERFORMANCE CONTRACTING, INC.; and CHAMPION PAINTING SPECIALTY SERVICES CORPORATION,<br><br>    Counter Defendant. | |

**ORDER**

This case has been administratively stayed pending mediation, or, if needed, binding arbitration. Dkt. No. 32. Per the Parties' joint status report, dkt. no. 33, they request the Court continue the stay to allow them time to complete the mediation process. After consideration of the motion, and all Parties having agreed thereto, the motion is **GRANTED**. The Parties are **ORDERED** to file a status report of their progress on or before October 4, 2024.

**SO ORDERED**, this 7 day of March, 2024.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA