# In the United States District Court for the Southern District of Georgia
## Brunswick Division

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of Performance Contracting, Inc.; and PERFORMANCE CONTRACTING, INC.; and UNITED STATES OF AMERICA for the use and benefit of Champion Painting Specialty Services Corporation; and CHAMPION PAINTING SPECIALTY SERVICES CORPORATION,<br><br>    Plaintiffs,<br><br>v.<br><br>F.D. THOMAS, INC.; and LIBERTY MUTUAL INSURANCE COMPANY; and TRAVELERS CASUALTY AND SURETY COMPANY; and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA; and FEDERAL INSURANCE COMPANY,<br><br>    Defendants. | CV 2:22-146 |
| F.D. THOMAS, INC.,<br><br>    Counter Claimant,<br><br>v.<br><br>PERFORMANCE CONTRACTING, INC.; and CHAMPION PAINTING SPECIALTY SERVICES CORPORATION,<br><br>    Counter Defendant. | |

**ORDER**

Before the Court is the Parties' Joint Status Report. Dkt. No. 35. Therein, the Parties inform the Court that they have engaged in mediation and are continuing to discuss a resolution. They indicate that, if an agreement is not reached, they will pursue arbitration. The Parties move the Court to keep the existing stay of this case in place. After consideration, the joint motion is **GRANTED**. This case is hereby **ADMINISTRATIVELY STAYED** until further Order of the Court. The Parties are **ORDERED** to file a status report of their progress on or before July 3, 2025.

**SO ORDERED**, this 7 day of October, 2024.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA